## HALL v. STATE. (No. 8690.)

(Court of Criminal Appeals of Texas. May 21, 1924.)

Criminal law ⬤￫1090(1)—Record containing neither bills of exceptions nor statement of facts not reviewable.

Where record contains neither bills of exceptions nor statement of facts, nothing is presented for review.

Appeal from District Court, Wichita County; P. A. Martin, Judge.

P. W. Hall was convicted of burglary, and he appeals. Affirmed.

Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary, with punishment of two years in the penitentiary. The record is before us containing neither bills of exception nor statement of facts. In such condition nothing is presented for review, and the judgment is ordered affirmed.